Order entered November 9, 2012

004830



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00447-CV

**COMPASS BANK, Appellant**

V.

**STEPHEN L. GOODMAN, Appellee**

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-02082-B

## ORDER

The Court has before it appellee's October 29, 2012 third motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by November 12, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE